SEALED

SEALED

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   KIMBERLY M. FRAYN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  kimberly.frayn@usdoj.gov
   *Attorneys for the United States*

6

7
   *Representing the United States*
8

                    **UNITED STATES DISTRICT COURT**
9                      **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,          Case No. 2:20-mj-00108-VCF

11          Plaintiff                  **MOTION TO QUASH**

12          v.                         **(Under Seal)**

13  RODOLFO RODRIGUEZ,

14          Defendant.

15          COMES NOW the United States of America, by and through Nicholas A. Trutanich,

16  United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and

17  respectfully moves this Honorable Court for an Order to quash the arrest warrant, see

18  attachment A, issued in this matter on February 7, 2020, because it lists the incorrect statute

19  / / /

20  / / /

21  / / /

22

23

24

1

violation and to instead issue the corrected arrest warrant, see Attachment B.

DATED:  February 7, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED this _____ day of February, 2019.

HONORABLE CAM FERENBACH
United States Magistrate Judge

2

# ATTACHMENT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:20-mj-00108-VCF |
| RODOLFO RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RODOLFO RODRIGUEZ                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1073(1) - Unlawful Flight to Avoid Prosecution

Date: 2/7/20

City and state:    Las Vegas, Nevada

*Issuing officer's signature*
CAM FERENBACH
U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

# ATTACHMENT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:20-mj-00108-VCF |
| | ) | |
| RODOLFO RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AMENDED ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RODOLFO RODRIGUEZ                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☑ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1708  Mail Theft
  18 U.S.C. § 2114(a)  Robbery of Mail, Money, or Property of the United States

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                                                 *Arresting officer's signature*<br><br>                                                                                 _____<br>                                                                                 *Printed name and title* |