NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-243-RFB-VCF |
| Plaintiff, | |
| v. | **Stipulation to Continue Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea Hearing (Second Request)** |
| RODOLFO RODRIGUEZ-SILVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Dan Winder, Esq., counsel for Defendant Rodolfo Rodriguez-Silva, that the Court reschedule the Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea hearing currently set for October 29, 2020, at 10:00 am, to a date and time convenient to the Court but not earlier than 21 days from the current hearing date.

This stipulation is entered into for the following reasons:

1. Defense counsel is unexpectedly unavailable due to illness and cannot appear at the October 29, 2020 hearing. The Defendant wishes to have continuity of counsel and therefore agrees to the requested continuance.

2. Defendant is at liberty under the supervision of Pretrial Services pending the preliminary hearing, which is scheduled for December 3, 2020. The continuance requested herein will not disturb the preliminary hearing date.

3. Pretrial Services Officer Emily McKillip, who supervises the Defendant, has recently advised government counsel that the Defendant is in compliance with his release conditions. The Defendant does not object to continuing the hearing.

4. Accordingly, the parties jointly request that the Court reschedule the Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea hearing to a date and time convenient to the Court, but not earlier than 21 days from the current date. The additional time requested herein is not sought for purposes of delay, but merely to allow the Defendant to have continuity of counsel. Additionally, denial of this request for continuance could result in a miscarriage of justice, and ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

5. This is the second request to continue the Waiver of Indictment, Filing of an

/ / /

/ / /

/ / /

Information, Initial Appearance, and Arraignment and Plea hearing.

DATED this 28th day of October, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Dan Winder, Esq.  /s/ Kimberly M. Frayn
DAN WINDER  KIMBERLY M. FRAYN
Counsel for Defendant  Assistant United States Attorney
RODOLFO RODRIGUEZ-SILVA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO RODRIGUEZ-SILVA,<br><br>Defendant. | Case No.: 2:20-cr-243-RFB-VCF<br><br>**[Proposed] Order on Stipulation to Continue Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea Hearing** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served by continuing the hearing:

IT IS THEREFORE ORDERED that the Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea hearing currently scheduled on October 29, 2020, at the hour of 10:00 a.m., be vacated and continued to 11/19/2020 at the hour of 10:00 AM

DATED this 29th day of October, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE