DAN M. WINDER, ESQ.
Nevada State Bar No:. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No:. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR- 00243-RFB-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| RODOLFO RAFAEL RODRIGUEZ-SILVA | ) | **STIPULATION TO CONTINUE SENTENCING** |
| Defendant. | ) | |

Certification: This stipulation is timely filed.

**IT IS HEREBY STIPULATED** by and between , KIMBERLY FRAYN , Assistant United States Attorney, counsel for Plaintiff, UNITED STATES OF AMERICA, Defendant, RODOLFO RAFAEL RODRIGUEZ-SILVA, by and through his counsel DAN M. WINDER, ESQ., of the LAW OFFICE OF DAN M. WINDER, PC, that the Sentencing Hearing currently scheduled for February 25, 2021, be vacated and continued to a date which are convenient to this Honorable Court, not less than thirty (30) days from this date.

This stipulation is entered into for the following reasons:

 1. Defendant requires additional time to prepare the Pre-sentencing Report.

 2. The parties agree to the continuance sought herein.

 3. The Defendant does not object to the continuance in this matter.

 4. The additional time requested herein is not sought for purposes of delay.

 5.The additional time requested by this Stipulation is excludable in computing the time

1  within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

2  United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States

3  Code, Sections3161(h)(B)(iv).

4      6. This is the second request for continuance of the Sentencing herein.

5      DATED this 24th day of February, 2021.

7  NICHOLAS A. TRUTANICH US ATTORNEY    LAW OFFICE OF DAN M. WINDER, PC

9  /s/ Kimberly Frayn                        /s/ Dan M. Winder
KIMBERLY FRAYN                         DAN M. WINDER
Assistant United States Attorney         Nevada State Bar No. 001569
10  501 Las Vegas Boulevard South, Ste 1100  3507 West Charleston Blvd.
Las Vegas, NV 89102                      Las Vegas, NV 89102

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR- 00243-RFB-VCF |
| Plaintiff, | |
| vs. | |
| RODOLFO RAFAEL RODRIGUEZ-SILVA | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| Defendant. | |

Certification: This stipulation is timely filed.

### FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1. Defendant requires additional time to prepare the Pre-sentencing Report.

    2. The parties agree to the continuance sought herein.

    3. The Defendant does not object to the continuance in this matter.

    4. The additional time requested herein is not sought for purposes of delay.

    5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(B)(iv).

    6. This is the second request for continuance of the sentencing hearing filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for February 25, 2021. shall be and is hereby vacated and continued to the 8th day of April, 2021. at 2:00 PM in LV Courtroom 7C by videoconfernce.

DATED this 25th day of February, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE