1   DAN M. WINDER, ESQ.
    Nevada State Bar No:. 001569
2   ARNOLD WEINSTOCK, ESQ.
    Nevada State Bar No:. 000810
3   **LAW OFFICE OF DAN M. WINDER, P.C.**
    3507 W. Charleston Blvd.
4   Las Vegas, NV 89102
    Telephone: (702) 474-0523
5   Facsimile: (702) 474-0631
    winderdanatty@aol.com
6
    Attorney for Defendant
7
                    **UNITED STATES DISTRICT COURT**
8                      **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,        )    Case No.: 2:20-CR- 00243-RFB-VCF
                                      )
10                      Plaintiff,    )
                                      )
11  vs.                              )
                                      )
12  RODOLFO RAFAEL RODRIGUEZ-SILVA)        **STIPULATION TO CONTINUE**
                                      )    **SENTENCING**
13                      Defendant.    )
    _____)
14  Certification: This stipulation is filed the day of the hearing:

15          **IT IS HEREBY STIPULATED** by and between , KIMBERLY FRAYN , Assistant United

16  States Attorney, counsel for Plaintiff, UNITED STATES OF AMERICA, Defendant, RODOLFO

17  RAFAEL RODRIGUEZ-SILVA, by and through his counsel DAN M. WINDER, ESQ., of the LAW

18  OFFICE OF DAN M. WINDER, PC, that the Sentencing Hearing currently scheduled for May 6,

19  2021, be vacated and continued to a date which are convenient to this Honorable Court, not less than

20  thirty (30) days from this date.

21  This stipulation is entered into for the following reasons:

22          1. Defendant is ill and presents symptoms consistent with COVID-19.

23          2. The parties agree to the continuance sought herein.

24          3. The Defendant does not object to the continuance in this matter.

25          4. The additional time requested herein is not sought for purposes of delay.

26          5.The additional time requested by this Stipulation is excludable in computing the time

27

28                          Page 1 of 4

within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(B)(iv).

6. This is the fourth request for continuance of the Sentencing herein.

DATED this 6th day of May, 2021.


US ATTORNEY CHRISTOPHER CHIOU     LAW OFFICE OF DAN M. WINDER, PC


/s/ Kimberly Frayn             /s/ Dan M. Winder
KIMBERLY FRAYN                 DAN M. WINDER
Assistant United States Attorney    Nevada State Bar No. 001569
501 Las Vegas Boulevard South, Ste 1100    3507 West Charleston Blvd.
Las Vegas, NV 89102            Las Vegas, NV 89102

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR- 00243-RFB-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| RODOLFO RAFAEL RODRIGUEZ-SILVA | ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| Defendant. | ) | |

Certification: This stipulation is filed the day of the hearing:

### FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

     1. Defendant is ill and presents symptoms consistent with COVID-19.

     2. The parties agree to the continuance sought herein.

     3. The Defendant does not object to the continuance in this matter.

     4. The additional time requested herein is not sought for purposes of delay.

     5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(B)(iv).

     6. This is the fourth request for continuance of the sentencing hearing filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for May 6, 2021. shall be and is hereby vacated and continued to the  10th  day of ___June___, 2021 at the hour of 10:00 AM.

DATED this 6th  day of May, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Page 4 of  4