UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00243-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RODOLFO RAFAEL RODRIGUEZ-SILVA, | |
| Defendant. | |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 27, 2025 at the hour of 11:00 a.m., be vacated and continued to October 2, 2025 at the hour of 3:00 p.m. in LV Courtroom 3B.

    DATED this 26th day of August, 2025.

                                                                   _____

                                                        UNITED STATES MAGISTRATE JUDGE